IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. ARTHUR,<br><br>            Plaintiff,<br><br>     v.<br><br>EDMUND G. BROWN, et al.,<br><br>            Defendants. | No. C 13-1097 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br>(Docket No. 51.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 2, 2013, defendant Dr. Bright filed a motion to dismiss. (Docket No. 44.) On February 26, 2014, plaintiff filed an untimely motion for an extension of time of sixty days to file an opposition. (Docket No. 51.) Plaintiff states that he has requested a review of his "Central ("Prison") Medical file needed to oppose [d]efendant's [m]otion to [d]ismiss." (*Id.*) In the interest of justice, the court will **GRANT** plaintiff's motion. Plaintiff must file an opposition **no later than April 28, 2014**, sixty days from the date plaintiff's motion was filed. Dr. Bright shall file a reply fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: 3/26/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Mot. for Ext. of Time to File Opposition
P:\PRO-SE\LHK\CR.13\Arthur097eot-opp-Bright.wpd