IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. ARTHUR, | No. C 13-1097 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| EDMUND G. BROWN, et al., | |
| Defendants. | |

On February 11, 2014, the court granted defendant Dr. Lee's motion for summary judgment. The clerk is directed to enter judgment in favor of Dr. Lee only. The court hereby certifies that judgment in favor of Dr. Lee is final under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED: 5/6/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\CR.13\Arthur097jud.wpd