IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY W. ARTHUR, | ) | No. C 13-1097 LHK (PR) |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| v. | ) | |
| EDMUND G. BROWN, et al., | ) | |
| Defendants. | ) | (Docket No. 77) |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 1, 2014, defendants filed a motion for summary judgement. (Docket No. 70.) On July 14, 2014, plaintiff filed an affidavit, which the court construes as a motion for an extension of time to file an opposition. (Docket No. 77.) Plaintiff states he is unable to conduct legal research due to an institutional lockdown and requests an additional ninety days in which to file his opposition. (*Id.*)

Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition no later than **October 14, 2014.** Defendants' reply is due **fourteen days** thereafter.

This order terminates docket no. 77.

IT IS SO ORDERED.

DATED: 8/11/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File Opposition
P:\PRO-SE\LHK\CR.13\Arthur097eot-opp.wpd